IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
DEC 1 1 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR-09-00203-13-CW |
| ) | |
| LONNIE TREMAINE BROWN ) | |

### REPORT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28 United States Code, Section 636(b) this matter has been referred by the District Court for administration of guilty plea under Rule 11 of the Federal Rules of Criminal Procedure.

On the 11th day of December, 2009, this cause came before the undersigned U.S. Magistrate Judge for Guilty Plea of the Defendant, **LONNIE TREMAINE BROWN**, on Count **ONE** of the Information filed herein charging him with violation of Title 21 U.S.C. § 843(b) - Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking. The Defendant signed a written consent to plead before the Magistrate Judge. After conducting said proceeding in the form and manner prescribed by FED.R.CRIM.P. 11 the Court finds:

a) That the Defendant, after consultation with counsel of record, has knowingly and voluntarily consented to the administration of the Guilty Plea in this cause by a U.S. Magistrate Judge subject to final approval and imposition of sentence by the District Court.

b) That the Defendant and the Government have entered into a plea agreement which has been filed and disclosed in open court pursuant to FED.R.CRIM.P. 11(c)(1)(A) and (B).

c) That the Defendant is fully competent and capable of entering an informed plea, that the Defendant is aware of the nature of the charges and the consequences of the plea [1], and that the plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

---

[1] The Defendant was admonished as to the maximum punishment of 4 Years Imprisonment, 1 Year Supervised Release, $250,000 Fine, and a One Hundred Dollar ($100.00) special assessment and other possible consequences of guilty plea: Mandatory and discretionary denial of federal benefits upon conviction of drug offenses pursuant to Title 21, U.S.C. § 862 and § 862a.

cc: State, Copy to parties via ECF, Sheilah, Probation

**IT IS THEREFORE**, the recommendation of the undersigned U.S. Magistrate Judge that the District Court accept the guilty plea of the Defendant, **LONNIE TREMAINE BROWN**, and that **LONNIE TREMAINE BROWN** be finally adjudged guilty of that offense.

The United States District Clerk shall serve a copy of this Report and Recommendation on all parties electronically. In the event that a party has not been served by the Clerk with this Report and Recommendation electronically, pursuant to the CM/ECF procedures of this District, the Clerk is ORDERED to mail such party a copy of this Report and Recommendation by certified mail, return receipt requested. Pursuant to 28 U.S.C. § 636(b)(1), any party who desires to object to this report must serve and file written objections within ten (14) days after being served with a copy unless the time period is modified by the District Court. A party filing objections must specifically identify those findings, conclusions or recommendation to which objections are being made; the District Court need not consider frivolous, conclusive or general objections. Such party shall file the objections with the Clerk of the Court and serve the objections on the Magistrate Judge and on all other parties. A party's failure to file such objections to the proposed findings, conclusions and recommendation contained in this report shall bar the party from a de novo determination by the District Court. Additionally, any failure to file written objections to the proposed findings, conclusions and recommendation contained in this report within ten (14) days after being served with a copy shall bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court, except upon grounds of plain error or manifest injustice.

**SIGNED** this 11th day of December, 2009.

TIMOTHY J. BOMMER
United States Magistrate Judge