IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LONNIE TREMAINE BROWN,<br><br>　　　　Defendant.<br>_____/ | No. CR 09-00203-13 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON FELONY GUILTY PLEA |

　　　The Court has reviewed Magistrate Judge Timothy J. Bommer's Report and Recommendation on Felony Guilty Plea Before the United States Magistrate Judge and adopts the Recommendation in every respect.  Accordingly,

　　　Defendant Lonnie Tremaine Brown's plea of guilty is accepted by the Court as to Count One of the Information charging Defendant Lonnie Tremaine Brown with using a communications facility to facilitate narcotics trafficking in violation of 21 U.S.C. § 843(b).  Sentencing is set for February 24, 2010, at 2:00 p.m.  The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 12/30/09

　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:  U.S. Probation; MJ/Ivy